■ In the Matter of DAVID NECHAMKIN et al., Petitioners, v ROBERT MORGENTHAU et al., Respondents. [714 NYS2d 674] —Application for an order pursuant to CPLR article 78 denied and the petition dismissed, without prejudice to raising the same or similar argument on direct appeal, if any, from a final judgment of conviction, without costs or disbursements. No opinion. Concur—Tom, J. P., Mazzarelli, Ellerin, Lerner and Andrias, JJ.